

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas ▼

___NORTHERN_____ Division

ROBIN BLAINE WILKINSON

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CITY OF JONESBORO, CRAIGHEAD COUNTY SHERIFFS DEPARTMENT, CITY OF JONESBORO E911 DISPATCH CENTER, CHRIS KELEMS, TYLER MARTIN, CHARLES FEARS, JOHN DOE, ASHLEY Vowell, Ashley Burns, Angela Trullinger

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22-CV-00141-KGB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes  ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ROBIN BLAINE WILKINSON |
| Address | 401 SAN FRACISCO AVE |
| | CARAWAY / AR / 72419 |
| | *City* / *State* / *Zip Code* |
| County | CRAIGHEAD |
| Telephone Number | 870-393-6384 |
| E-Mail Address | guss84wilkinson@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | THE JONESBORO E-911 CENTER |
| Job or Title *(if known)* | EMERGENCY CALL AND DISPATCH COMMUNICATION CENTE |
| Address | 411 W MONROE Ave |
| | JONESBORO / AR / 72401 |
| | *City* / *State* / *Zip Code* |
| County | CRAIGHEAD |
| Telephone Number | 870-935-5551 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | CITY OF JONESBORO |
| Job or Title *(if known)* | MUNICIPALITY |
| Address | 300 S CHURCH ST |
| | JONESBORO / AR / 72401 |
| | *City* / *State* / *Zip Code* |
| County | CRAIGHEAD |
| Telephone Number | 870-0917 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: CRAIGHEAD COUNTY SHERIFFS DEPARTMENT
Job or Title (if known): COUNTY LAW ENFORCMENT AGENCY
Address: 901 WILLETT ROAD
JONESBORO, AR 72401
City, State, Zip Code
County: CRAIGHEAD
Telephone Number: 870-933-4551
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: CHRIS KELEMS
Job or Title (if known): DEPUTY SHERIFF
Address: 705 MISSOURI STREET APARTMENT A
CARAWAY, AR 72419
City, State, Zip Code
County: CRAIGHEAD
Telephone Number: 870-482-1005
E-Mail Address (if known):

☒ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
4TH AMENDMENT, TITILE 18, U.S.C. SECTION 241- CONSPIRACY AGAINST RIGHTS, TITLE 18, U.S.C. 242 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, VIOLATION OF 14TH AMENDMENT, VIOLATION DENIED DUE PROCESS UNDER COLOR OF LAW,    4TH AMENDMENT, UNLAWFUL SEARCH AND SEIZURE,    4TH AMENDMENT VIOLATION OF THE KNOCK AND ANNOUNCE RULE,    FAILURE TO TRAIN OR SUPERVISE    FAILURE TO INTERVENE    VIOLATION OF OATH OF OFFICE    OFFICIAL MISCONDUCT Monrel Doctrine, Malicious Prosecution, Conspiracy Against Rights, Discrimination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## Defendants

| | |
|---|---|
| Defendant No. 5 | TYLER MARTIN |
| Job or Title | DEPUTY SHERIFF C.C.S.O. |
| Address | 92 COUNTY ROAD 442 |
| | JONESBORO    AR    72401 |
| County | CRAIGHEAD |
| Phone Number | 870-219-3372 |

✓ Individual capacity    ✓ Official capacity

| | |
|---|---|
| Defendant No. 6 | CHARLES FEARS |
| Job or Title | DEPUTY SHERIFF C.C.S.O. |
| Address | 233 N OAK ST. |
| | BROOKLAND    AR    72417 |
| Phone Number | 870-219-8567 |

✓ Individual capacity    ✓ Official capacity

| | |
|---|---|
| Defendant No. 7 | JOHN DOE |
| Job or Title | UNKNOWN |
| Address | UNKOWN |
| Phone Number | UNKNOWN |

✓ Individual capacity    ✓ Official capacity

| | |
|---|---|
| Defendant No. 8 | ASHLEY VOWELL |
| Job or Title | JONESBORO E-911 DISPATCHER |
| Address | 411 W MONROE AVE |
| | JONESBORO    AR    72401 |
| Phone Number | 870-935-5551 |

✓ Individual capacity    ✓ Official capacity

Defendant page 1

## Defendant's

| | |
|---|---|
| Defendant No. 9 | ASHLEY BURNS |
| Job or Title | JONESBORO E-911 DISPATCHER |
| Address | 411 W MONROE AVE |
| | JONESBORO        AR        72401 |
| Phone Number | 870-935-5551 |

☑ Individual capacity        ☑ Official capacity

| | |
|---|---|
| Defendant No. 10 | ANGELA TRULLINGER |
| Job or Title | JONESBORO E-911 DISPATCHER |
| Address | 411 W MONROE AVE |
| | JONESBORO        AR        72401 |
| Phone Number | 870-935-5551 |

☑ Individual capacity        ☑ Official capacity

Defendant page 2

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
CITY OF JONESBORO AND ITS ELECTED OFFICIALS SWORE UNDER OATH THAT THEY WOULD DO WHATEVER IT TAKES TO ENSURE THAT EVERY CITIZENS LIBERTIES AND RIGHTS ARE NOT INTRUDED UPON AND PART OF THAT IS MAKING SURE EVERY DEPARTMENT IS UP TO DATE IN TRAINING AND ALSO FILING REPORTS DAILEY TO MAKE SURE THE JONESBORO E911 DISPATCHERS ARE SUPERVISED ENOUGH AS TO CATCH SOMEONE ALTERING OR FALSIFYING OFFICIAL DOCUMENTS, ~~ESPECIALLY WHEN THERE IS A COVERT DARKNESS~~

I almost lost my life twice that night and I will suffer Cardiac Problems as well as Severe PTSD and Clinical Deppression until I Die.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
AT MY FORMER RESIDENCE AT 101 JOHNSON AVE CARAWAY, AR  72419

B. What date and approximate time did the events giving rise to your claim(s) occur?
06/21/2020  23:08:58

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
PLAINTIFFS EX-WIFE GETS MAD BECAUSE THE KIDS DIDNT REALLY WANT TO GO WITH HER BUT THEY DID ANYWAY, AFTER THEY LEFT I DID SEND A TEXT TO MY EX TELLING HER JUST HOW BAD SHE IS HURTING OUR KIDS BY SHOWING UP ONCE EVERY FEW MONTHS AND IT MADE HER MAD, SO SHE GOES AND LIES TO MY SIBLINGS THAT SHE WAS AWARE OF THE FACT THAT I HAD NOT SPOKEN WITH MY OLDER TWO SIBLINGS IN 5 MONTHS SO SHE GOES OVER THERE INTOXICATED AND SO WAS MY SIBLINGS,  1) DEPUTY CHRIS KELEMS IS CALLED AND HE IMMEDIATLEY DRIVES TO WERE THEY ARE ON STATE STREET AND HE ADVISESES THEM ON EXACTLY WHAT TO RIGHT IN THE STATEMENTS SO THAT IF SOMEONE JUST SO HAPPENED READ THEM THEY WOULD APPEAR TO BE LEGIT BUT ACTUALLY ARE PREMEDITATED LIES!!! CHRIS KELEMS BIOLOGICAL BROTHER CHIEF OF POLICE CARAWAY SHANNON KELEMS THE ARRIVES WERE THEY FISISH FALSIFYING THE STATEMENTS AND THEY TELL TRAINEE KREY JEFFERS TO START TO EXECUTE THE PLAN WHICH HE DOES, JEFFERS PHONES WYATT WHEATON WHO IS ON DUTY IN LEPANTO BUT WAS ONLY TERMINATED FROM THE CARAWAY POLICE DEPT JUST WEEKS PRIOR,

In Fact the City of Lepanto Terminated him After the City of Caraway, then once Lepanto terminated him he went just 10 miles further and was hired by the City of Tyronza Police Dept were he was employed until, he was ALSO terminated by them too! But even after firing him one just weeks earlier did to me, were he is still employed mayor Ernie Hill allowed him to be rehired by Lepanto Police, then he helped plan what they employed to this very day.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WENT UNCONCIOUS IN THE PATROL CAR ON THE WAY TO THE JAIL AND WOKE UP IN A AMBULANE WITH A PARAMEDIC TELLING ME IM HAVING A HEART ATTACK DUE TO THE SHOCK I WAS IN FROM THE ACTIONS OF THE ABOVE NAMDED DEFENDANTS, 36 YEARS OLD AND HAD NEVER HAD A COMPLICATION WITH MY HEART BEFORE THAT NIGHT WHEN MY LIFE WAS ALMOST TAKEN FIRST BY BEING GUNNED DOWN BY A TACTICAL TEAM IN MY OWN HOME, BECAUSE THE COPS ON SCENE WANTED TO HAVE A SHOOTOUT OR WHY ELSE WOULD THEY NOT ANNOUNCE THEMSELVES AS LAWENF0RCMENT AT MIDNIGHT AFTER WAKING ME UP FROM A SOUND SLEEP. ALSO CAUSED EXTREMLEY HIGH HYPERTENSION AND SEVERE PTSD. IM TERRIFIED IN MY OWN HOME AND SCARED TO DEATH TO LEAVE IT BECAUSE EVERY TIME I DO THE POLICE HARASS ME TO THE POINT OF WERE I WILL STAY INSIDE AT MONTHS AT A TIME, SEVERE ANXIETY AND DEPRESSION

On the 8th day of being Falsley Imprisoned the Jail Nurse had me rushed to the Hospital once again for the exact same reason. Cardic Arythmia and Extreme Hypertension and Clinkal Depression. Its very embarrasing going from being an athelete my entire life, and an Oatgoing Kind person, to now hiding in fear in my bedroom thinking any second they will show back up and make some other lie up and put me in that Extremly Dangerous County Jail, So they can sit back and laugh as Your in constant fear of being beat to death, Craighead County and City of Caraway has took all together 3 years of my life locking me in that jail for owing money! Not because I hurt any living thing, 3 years I will never get back for owing money, That is not what the writers of our country's United States Constitertion had in mind when it was written. The way Citizens who have to survive living in poverty like myself and so many others have to, those are the very reasons why our Constitution was drafted to begin with

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MONETARY RELIEF OF $2,000,000 AND PUNATIVE DAMAGES OF $1,000,000 AND ATTORNEYS FEES FOR MYSELF SU JURIS. AND ANY OTHER RELEIF THIS HONORABLE COURT FINDS AND DEEMS NECESSARY AND FAIR. This plaintiff has had 3 years of his life ruined once again, but this time it was not over money, This time was pure retaliation that they believed was going to go unnoticed but thank God there is someone at that sheriffs dept who believes in True Justice by allowing me to get a copy of the body cam footage from my arrest. That is why they are so comfortable illegaly arresting me after plan A failed which was apparently shooting me, there is nothing else that can remotley come close to them REFUSING TO Announce their presence to me I am truly lucky to have survived their premeditative act by reelizing so fast that is was in fact law Enforcment and immediatley un arming myself before they opened fire, Innocent citizens are killed daily in our country all because some egotisfical cop feels disrespected because someone exercises their civil rights so they are murdered, and because of qualified immunity, they get promotions for doing it. This is what our once beautiful free country has come too.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/09/2022

Signature of Plaintiff: *[signature]* "Su Juris"

Printed Name of Plaintiff: ROBIN BLAINE WILKINSON

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City _____ State _____ Zip Code _____

Telephone Number: _____
E-mail Address: _____