IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBIN BLAINE WILKINSON**                                                  **PLAINTIFF**

v.                      Case No. 3:22-cv-00141-KGB

**CITY OF JONESBORO,** *et al.*                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Robin Blaine Wilkinson's complaint (Dkt. No. 1). Mr. Wilkinson's claims are closely related to another case before United States District Judge Bill Wilson, Case No. 3:22-cv-00097-BRW. The interests of judicial economy will best be served by transferring this case to Judge Wilson. *Cf.* General Order 39(b)(5). Therefore, the Court directs the Clerk's office to transfer this case to Judge Wilson.

It is so ordered this 23rd day of June, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge