IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**ROBIN BLAINE WILKINSON**　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　**3:22-CV-00141-BRW**

**JONESBORO E911 EMERGENCY
DISPATCH CENTER,** *et al.*　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's amended complaint rehashes a series of events that comprise the same incident that occurred in Case No. 3:22-cv-00097-BRW. On April 25, 2023, I entered an Order in that case finding that the Defendants had not violated Plaintiff's constitutional rights and granted the Defendants' motion for summary judgment.[2] Based on my Order in that case, Plaintiff cannot state a claim in this case. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th of April, 2023.

　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 59.

1